EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2015 TSPR 51 |
|---|---|
| Eric J. Berlingeri Vincenty | 192 DPR ____ |

Número del Caso: TS-9965

Fecha: 28 de abril de 2015

Abogado de la Parte Peticionaria:

Por derecho Propio

Materia: Inactivación al ejercicio de la abogacía y cesación voluntaria a la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

ERIC J. BERLINGERI
VINCENTY

Núm.: **TS-9965**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 28 de abril de 2015.

Atendida la "Moción Informativa en Relación a Cumplimiento con Educación Continua y Ejercicio de la Abogacía" presentada por el Lcdo. Eric J. Berlingeri Vincenty el 3 de febrero de 2015, así como el escrito titulado "Cesación Voluntaria a la Notaría del Lcdo. Eric J. Berlingeri Vincenty" sometido por la Oficina del Director de Inspección de Notarías (ODIN), se provee *Ha Lugar* la solicitud de cambio de estatus y se concede la baja voluntaria de la notaría, según solicitado. Por consiguiente, se ordena a la Secretaría realizar el cambio solicitado por el licenciado Berlingeri Vincenty a estatus de abogado inactivo en el Registro Único de Abogados y Abogadas (RÚA).

No obstante, con relación al incumplimiento con los créditos del Programa de Educación Jurídica Continua (PEJC), si en algún momento el licenciado Berlingeri Vincenty solicita reinstalación al ejercicio de la abogacía la consideración de la misma estará condicionada a que se ponga al día con los requisitos reglamentarios señalados por el PEJC.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo